FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

YARITHZI YOSELIN DELGADO,

Defendant.

No.    1:23-CR-02038-SAB-1

**ORDER GRANTING MOTION TO DISMISS**

On February 6, 2025, the Court held a status conference hearing in this matter in Yakima, Washington. Defendant was present, out of custody, and represented by Ben Hernandez on behalf of Juliana Van Wingerden. The United States was represented by Michael Murphy.

At the hearing, the Court addressed the pending Motion to Dismiss, ECF No. 29, and Motion to Permit Disbursement of Restitution, ECF No. 28. The Court granted both motions, based on Defendant's adherence to her Deferred Prosecution Agreement, ECF No. 23. This Order memorializes the Court's oral rulings.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The United States' Motion to Dismiss, ECF No. 29, is **GRANTED**.

2.    The Indictment, ECF No. 1, is **DISMISSED with prejudice**.

//

//

**ORDER GRANTING MOTION TO DISMISS ~ 1**

1       3.      The Court will address the Motion to Permit Disbursement of

2   Restitution, ECF No. 28, in a separate order.

3       **IT IS SO ORDERED**. The District Court Executive is directed to file this

4   Order, provide copies to counsel, and **close** the file.

5       **DATED** this 6th day of February 2025.

6

7

8

9

10

11



                             Stanley A. Bastian
12                           Chief United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING MOTION TO DISMISS ~ 2**